**SIGNED.**

**Dated: March 18, 2011**

_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

TIFFANY & BOSCO
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

11-05259

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Kay M. Kealey<br>      Debtor.<br>_____<br>U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Trust 2006-WF3<br>      Movant,<br>  vs.<br>Kay M. Kealey, Debtor, Beth Lang, Trustee.<br>      Respondents. | No. 4:11-bk-02369-JMM<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #10) |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated June 9, 2006 and recorded in the office of the Macon County Recorder wherein U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Trust 2006-WF3 is the current beneficiary and Kay M. Kealey has an interest in, further described as:

> Tract I: A tract of land in the Northwest fourth of the Southeast Quarter and the Northeast fourth of the Southeast quarter of Section 29. Township 56 North. Range 13 West. Macon County. Missouri and being more particularly described as follows:
> Commencing at the Northeast comer of the Northwest fourth of the Northeast quarter of Section 29. Township 56 North. Range 13 west; thence along the quarter quarter section line, South 00 degrees 12 minutes 15 seconds West a distance of 2623.9 feet to the Northeast comer of a tract of land conveyed to Daniel Kealey by deed recorded in Book 493 Page II of the Macon County records: thence along the East line of said Kealey tract. South II degrees 24 minutes 45 seconds West a distance of 25.48 feet to the point of beginning of the description herein, TO-WIT: Thence continuing along said Kealey tract, South II degrees 24 minutes 45 seconds West a distance of 161.21' feel to the southeast corner of said Kealey tract: thence North 90 degrees West a distance of 227.67 feet to the southwest corner of said Kealey tract; thence South 00 degrees East a distance of 396.9 feet to a set rod; thence North 81' degrees 26 minutes 47 seconds East a distance of 1083.0 feet to a set rod; thence North 09 degrees 02 minutes West a distance of 526.59 feet to a set rod; thence North 89 degrees 33 minutes 40 seconds West a distance of 740.33 feet to the point of beginning.
> Tract II: Beginning at a point 30 feet West of the Northwest comer of a tract of land conveyed to Daniel Kealey by deed recorded in Book 493 Page II of the Macon County records; thence including all of the grantor's land lying 30 feet perpendicular distance West and parallel to the following described line. South 09 degrees 18 minutes 20 seconds East a distance of 185.52 feet: thence South 00 degrees East a distance of 396.9 feet to the point of ending.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.